## Commonwealth *v.* Ledsome, Appellant.

Argued December 4, 1973. *Peter T. Campana,* Assistant Public Defender, for appellant; *Allen E. Ertel,* District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.

## Commonwealth *v.* Lusinko, Appellant.

Argued December 7, 1973. *Calvin S. Drayer, Jr.,* Assistant Public Defender, for appellant; *Steward J. Greenleaf,* Assistant District Attorney, with him *William T. Nicholas,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.